UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 32243
   JASON ANDREW GATEWOOD
   KARI A GATEWOOD                        CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-3642    SSN XXX-XX-1450
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/16/05 and confirmed on 10/12/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 23370.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| EVERHOME MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| EVERHOME MORTGAGE CO | MORTGAGE ARRE | 327.73 | .00 | 327.73 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 9000.00 | 1123.20 | 9000.00 |
| A ALL FINANCIAL SRV | FILED LATE | .00 | .00 | .00 |
| ALLIED WASTE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1056.08 | .00 | 960.23 |
| CAPITAL ONE BANK | UNSECURED | 1089.87 | .00 | 990.95 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 570.84 | .00 | 519.03 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2687.25 | .00 | 2443.35 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2036.48 | .00 | 1851.65 |
| SAFEWAY CHECKS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SAFEWAY CHECKS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DOUGLAS CARPET | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| FOX METRO WATER REC DIST | UNSECURED | NOT FILED | .00 | .00 |
| GUARDIAN ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| LOUIE'S MUFFLER & BRAKE | UNSECURED | NOT FILED | .00 | .00 |
| ML MEDICAL BILLING | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 774.19 | .00 | 703.92 |
| FRANK MONTGOMERY | UNSECURED | 806.73 | .00 | 733.51 |
| RICK BAKER | UNSECURED | 250.00 | .00 | 227.31 |
| RUSH COPLEY HEALTHPLEX | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY PRIMARY CARE | UNSECURED | NOT FILED | .00 | .00 |
| SCHAEFER GREENHOUSES | UNSECURED | NOT FILED | .00 | .00 |

```
SEARS BKRUPTCY RCVRY MGM  UNSECURED      NOT FILED              .00           .00
SHORT TERM LOANS          UNSECURED         680.00              .00        618.28
USA PAYDAY LOANS          UNSECURED      NOT FILED              .00           .00
VALLEY IMAGING CONSULTAN  UNSECURED      NOT FILED              .00           .00
VILLAGE OF MONTGOMERY     UNSECURED      NOT FILED              .00           .00
WACHOVIA DEALER SERVICES  UNSECURED        2915.79              .00       2651.15
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 9327.73  | .00      | 12867.23  | .00   | 22194.96 |
| PRINCIPAL PAID     | 9327.73  | .00      | 11699.38  | .00   | 21027.11 |
| INTEREST PAID      | 1123.20  | .00      | .00       | .00   | 1123.20  |
| TOTAL PAID         | 10450.93 | .00      | 11699.38  | .00   | 22150.31 |

The Debtor's attorney, RUDDY MILROY & KING          , was allowed $   1711.00
and was paid $   1200.00   direct and $    511.00   through the plan.

The Trustee received $     708.69 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/15/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 32243 JASON ANDREW GATEWOOD & KARI A GATEWOOD